■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK THOMAS BROSNAN, Appellant.— Judgment of the Supreme Court, Queens County, rendered April 3,'1970 on resentence, affirmed. No opinion. Appeal from an order of the same court, dated March 13, 1970, dismissed as academic. The judgment attacked in the *coram nobis* proceeding which resulted in said order was vacated on April 3, 1970, at which time defendant was resentenced. Latham, Acting P. J., Gulotta, Christ and Brennan, JJ., concur; Shapiro, J., not voting.